# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

Pulse Fitness, LLC

    Debtor.

Bankruptcy Case No. 22-47113
Hon. Mark A. Randon
Chapter 11
*Subchapter V*

## EXHIBIT TO PLAN OF REORGANIZATION OF PULSE FITNESS, LLC

NOW COMES Pulse Fitness, LLC (the "Debtor"), by and through its counsel, Stevenson & Bullock, P.L.C., and states as follows:

1. On December 8, 2022, the Debtor filed its Plan of Reorganization of Pulse Fitness, LLC [Docket No. 57] (the "Plan").

2. Iron Ridge Holdings, LLC ("Iron Ridge") filed an objection to the Plan. However, through vigorous negotiations and with the assistance of the Subchapter V Trustee, the Debtor and Iron Ridge have agreed to a resolution of the objection filed by Iron Ridge which will be memorialized in the Order Confirming the Plan. Also included in that resolution, Iron Ridge will be deemed to have accepted the Plan.

3. The Debtor files the attached revised Exhibit B to the Plan evidencing the resolution reached with Iron Ridge.

Respectfully submitted,
**STEVENSON & BULLOCK, P.L.C.**

By: /s/ Elliot G. Crowder
Elliot G. Crowder (P76137)
Counsel for Debtor
26100 American Drive, Suite 500
Southfield, MI 48034
Phone: (248) 354-7906
Facsimile: (248) 354-7907
Email: ecrowder@sbplclaw.com

Dated: March 15, 2023

**Pulse Fitness**

| | 23-Apr | 23-May | 23-Jun | 23-Jul | 23-Aug | 23-Sep | 23-Oct | 23-Nov | 23-Dec | 24-Jan | 24-Feb | 24-Mar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | |
|   Sales | 110,000.00 | 115,000.00 | 110,000.00 | 110,000.00 | 110,000.00 | 110,000.00 | 115,000.00 | 120,000.00 | 105,000.00 | 115,000.00 | 105,000.00 | 130,000.00 |
| **Equity Contribution** | | 50,000.00 | | | | | | | 25,000.00 | | | |
| **Total Income** | **110,000.00** | **165,000.00** | **110,000.00** | **110,000.00** | **110,000.00** | **110,000.00** | **115,000.00** | **120,000.00** | **130,000.00** | **115,000.00** | **105,000.00** | **130,000.00** |
| **Expenses** | | | | | | | | | | | | |
|   Advertising | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
|   Bank & Merchant Services Charges | 2,800.00 | 3,000.00 | 2,800.00 | 2,800.00 | 2,800.00 | 2,800.00 | 3,000.00 | 3,200.00 | 2,600.00 | 3,000.00 | 2,600.00 | 3,500.00 |
|   Computer & Internet Expense | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
|   Dues & Subscriptions | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 |
|   Equipment Rent | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 |
|   Gym Equipment/Supplies/Maintenance | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 |
|   Insurance | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 |
|   Legal & Professional Fees | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 |
|   Meals and Entertainment | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 |
|   Office Expenses | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
|   Partner Life Insurance | 167.50 | 167.50 | 167.50 | 167.50 | 167.50 | 167.50 | 167.50 | 167.50 | 167.50 | 198.50 | 198.50 | 198.50 |
|   **Payroll Expenses** | | | | | | | | | | | | |
|     Owner Pay | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 |
|     Contractor Expenses | 20,000.00 | 21,000.00 | 19,000.00 | 19,000.00 | 19,000.00 | 19,000.00 | 19,000.00 | 20,000.00 | 18,000.00 | 19,000.00 | 17,000.00 | 23,000.00 |
|     Payroll Taxes | 3,000.00 | 3,250.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,250.00 | 3,500.00 | 2,850.00 | 3,250.00 | 2,850.00 | 3,500.00 |
|     Wages | 20,000.00 | 22,000.00 | 22,000.00 | 22,000.00 | 22,000.00 | 22,000.00 | 22,000.00 | 22,000.00 | 22,000.00 | 22,000.00 | 22,000.00 | 23,000.00 |
|   **Total Payroll Expenses** | **43,000.00** | **46,250.00** | **44,000.00** | **44,000.00** | **44,000.00** | **44,000.00** | **44,250.00** | **45,500.00** | **42,850.00** | **44,250.00** | **41,850.00** | **49,500.00** |
|   Payroll Processing | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 |
|   Rent | 21,105.00 | 21,105.00 | 21,105.00 | 21,105.00 | 21,105.00 | 21,105.00 | 21,105.00 | 21,105.00 | 21,105.00 | 23,655.00 | 23,655.00 | 23,655.00 |
| **CAM, Insurance, Taxes** | 2,173.33 | 2,173.33 | 2,173.33 | 2,173.33 | 2,173.33 | 2,173.33 | 2,173.33 | 2,173.33 | 2,173.33 | 2,173.33 | 2,173.33 | 2,173.33 |
| **Settlement Payments** | | 50,000.00 | | | | | | | 25,000.00 | | | |
|   Repairs & Maintenance | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 |
|   Shake Bar Supplies | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 |
|   Software Expense | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 |
|   **Utilities** | | | | | | | | | | | | |
|     Television | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200 | 200.00 | 200.00 | 200.00 |
|     Water | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 900.00 | 1,000.00 |
|     Gas & Electric | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 |
|     Telephone | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 |
|   **Total Utilities** | **5,000.00** | **5,000.00** | **5,000.00** | **5,000.00** | **5,000.00** | **5,000.00** | **5,000.00** | **5,000.00** | **5,000.00** | **5,000.00** | **4,900.00** | **5,000.00** |
| **Invest Detroit - Class I** | 1,931.00 | 1,931.00 | 1,931.00 | 1,931.00 | 1,931.00 | 1,931.00 | 1,931.00 | 1,931.00 | 1,931.00 | 1,931.00 | 1,931.00 | 1,931.00 |
| **Gen Unsecured - Class IV** | 0.00 | 0.00 | 2,000.00 | 0.00 | 0.00 | 2,000.00 | 0.00 | 0.00 | 2,000.00 | 0.00 | 0.00 | 2,000.00 |
| **Total Expenses** | 109,476.83 | 162,926.83 | 112,476.83 | 110,476.83 | 110,476.83 | 112,476.83 | 110,926.83 | 112,376.83 | 130,626.83 | 108,007.83 | 105,107.83 | 115,757.83 |
| **Net Operating Income** | $ 523.17 | $ 2,073.17 | $ (2,476.83) | $ (476.83) | $ (476.83) | $ (2,476.83) | $ 4,073.17 | $ 7,623.17 | $ (626.83) | $ 6,992.17 | $ (107.83) | $ 14,242.17 |
| **Year End Cash Balance** | | | | | | | | | $ 7,758.50 | | | |

| | 24-Apr | 24-May | 24-Jun | 24-Jul | 24-Aug | 24-Sep | 24-Oct | 24-Nov | 24-Dec | 25-Jan | Feb-25 | Mar-25 | Apr-25 | May-25 | Jun-25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 115,000.00 | 118,000.00 | 110,000.00 | 110,000.00 | 110,000.00 | 110,000.00 | 110,000.00 | 115,000.00 | 108,000.00 | 115,000.00 | 105,000.00 | 130,000.00 | 115,000.00 | 118,000.00 | 110,000.00 |
| | 30,000.00 | | | | | | | | | | | | 50,000.00 | | |
| | **145,000.00** | **118,000.00** | **110,000.00** | **110,000.00** | **110,000.00** | **110,000.00** | **110,000.00** | **115,000.00** | **108,000.00** | **115,000.00** | **105,000.00** | **130,000.00** | **165,000.00** | **118,000.00** | **110,000.00** |
| | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| | 3,000.00 | 3,200.00 | 2,800.00 | 2,800.00 | 2,800.00 | 2,800.00 | 2,800.00 | 3,000.00 | 2,600.00 | 3,000.00 | 2,500.00 | 3,500.00 | 3,000.00 | 3,200.00 | 2,800.00 |
| | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 |
| | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 |
| | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 |
| | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 |
| | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 |
| | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 |
| | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| | 198.50 | 198.50 | 198.50 | 198.50 | 198.50 | 198.50 | 198.50 | 198.50 | 198.50 | 198.50 | 198.50 | 198.50 | 198.50 | 198.50 | 198.50 |
| | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 |
| | 21,000.00 | 23,000.00 | 21,000.00 | 21,000.00 | 21,000.00 | 21,000.00 | 21,000.00 | 19,000.00 | 20,000.00 | 21,000.00 | 18,000.00 | 23,000.00 | 21,000.00 | 23,000.00 | 21,000.00 |
| | 3,250.00 | 3,300.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,250.00 | 2,850.00 | 3,250.00 | 3,250.00 | 3,500.00 | 3,250.00 | 3,300.00 | 3,000.00 |
| | 23,000.00 | 23,000.00 | 23,000.00 | 23,000.00 | 23,000.00 | 23,000.00 | 23,000.00 | 23,000.00 | 23,000.00 | 23,000.00 | 22,000.00 | 23,000.00 | 23,000.00 | 23,000.00 | 23,000.00 |
| | **47,250.00** | **49,300.00** | **47,000.00** | **47,000.00** | **47,000.00** | **47,000.00** | **47,000.00** | **45,250.00** | **45,850.00** | **47,250.00** | **43,250.00** | **49,500.00** | **47,250.00** | **49,300.00** | **47,000.00** |
| | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 |
| | 23,655.00 | 23,655.00 | 23,655.00 | 23,655.00 | 23,655.00 | 23,655.00 | 23,655.00 | 23,655.00 | 23,655.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 |
| | 2,173.33 | 2,173.33 | 2,173.33 | 2,173.33 | 2,173.33 | 2,173.33 | 2,173.33 | 2,173.33 | 2,173.33 | 2,173.33 | 2,173.33 | 2,173.33 | 2,173.33 | 2,173.33 | 2,173.33 |
| | 50,000.00 | | | | | | | | | | | | 50,000.00 | | |
| | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 |
| | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 |
| | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 |
| | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 |
| | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 900.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 |
| | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 |
| | **5,000.00** | **5,000.00** | **5,000.00** | **5,000.00** | **5,000.00** | **5,000.00** | **5,000.00** | **5,000.00** | **4,900.00** | **5,000.00** | **5,000.00** | **5,000.00** | **5,000.00** | **5,000.00** | **5,000.00** |
| | 1,931.00 | 1,931.00 | 1,931.00 | 1,931.00 | 1,931.00 | 1,931.00 | 1,931.00 | 1,931.00 | 1,931.00 | 1,931.00 | 1,931.00 | 1,931.00 | 1,931.00 | 1,931.00 | 1,931.00 |
| | 0.00 | 0.00 | 2,000.00 | 0.00 | 0.00 | 2,000.00 | 0.00 | 0.00 | 2,000.00 | 0.00 | 0 | 2,000.00 | 0.00 | 0 | 2,000.00 |
| | **161,007.83** | **113,257.83** | **112,557.83** | **110,557.83** | **110,557.83** | **112,557.83** | **110,557.83** | **109,007.83** | **111,107.83** | **112,352.83** | **107,852.83** | **117,102.83** | **162,352.83** | **114,602.83** | **113,902.83** |
| | $ (16,007.83) | $ 4,742.17 | $ (2,557.83) | $ (557.83) | $ (557.83) | $ (2,557.83) | $ (557.83) | $ 5,992.17 | $ (3,107.83) | $ 2,647.17 | $ (2,852.83) | $ 12,897.17 | $ 2,647.17 | $ 3,397.17 | $ (3,902.83) |
| | | | | | | | | | $ 13,714.50 | | | | | | |

| | Jul-25 | Aug-25 | Sep-25 | Oct-25 | Nov-25 | Dec-25 | Jan-26 |
|---|---|---|---|---|---|---|---|
| | 110,000.00 | 110,000.00 | 110,000.00 | 110,000.00 | 115,000.00 | 108,000.00 | 115,000.00 |
| | **110,000.00** | **110,000.00** | **110,000.00** | **110,000.00** | **115,000.00** | **108,000.00** | **115,000.00** |
| | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| | 2,800.00 | 2,800.00 | 2,800.00 | 2,800.00 | 3,000.00 | 2,600.00 | 3,000.00 |
| | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 |
| | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 | 700.00 |
| | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 |
| | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 |
| | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 |
| | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 | 1,500.00 |
| | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 |
| | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| | 198.50 | 198.50 | 198.50 | 198.50 | 198.50 | 198.50 | 198.50 |
| | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 | 7,500.00 |
| | 21,000.00 | 21,000.00 | 21,000.00 | 21,000.00 | 21,000.00 | 20,000.00 | 21,000.00 |
| | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 2,850.00 | 3,250.00 |
| | 23,000.00 | 23,000.00 | 23,000.00 | 23,000.00 | 23,000.00 | 23,000.00 | 23,000.00 |
| | **47,000.00** | **47,000.00** | **47,000.00** | **47,000.00** | **47,000.00** | **45,850.00** | **47,250.00** |
| | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 |
| | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 25,000.00 | 28,000.00 |
| | 2,173.33 | 2,173.33 | 2,173.33 | 2,173.33 | 2,173.33 | 2,173.33 | 2,173.33 |
| | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 |
| | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 |
| | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 | 1,750.00 |
| | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 |
| | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 900.00 | 1,000.00 |
| | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 |
| | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 | 300.00 |
| | **5,000.00** | **5,000.00** | **5,000.00** | **5,000.00** | **5,000.00** | **4,900.00** | **5,000.00** |
| | 1,931.00 | 1,931.00 | 1,931.00 | 1,931.00 | 1,931.00 | 1,931.00 | 1,931.00 |
| | 0.00 | 0.00 | 2,000.00 | 0.00 | 0.00 | 2,000.00 | 0.00 |
| | **111,902.83** | **111,902.83** | **113,902.83** | **111,902.83** | **112,102.83** | **112,452.83** | **115,352.83** |
| | $ (1,902.83) | $ (1,902.83) | $ (3,902.83) | $ (1,902.83) | $ 2,897.17 | $ (4,452.83) | $ (352.83) |
| | | | | | | $ 17,380.50 | |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

Pulse Fitness, LLC

          Debtor.

Bankruptcy Case No. 22-47113
Hon. Mark A. Randon
Chapter 11
*Subchapter V*

## CERTIFICATE OF SERVICE

Elliot G. Crowder certifies that on March 15, 2023 a copy of the *Revised Plan Projections (Exhibit B) to the Plan of Reorganization of Pulse Fitness, LLC* was filed electronically. Notice of these filing will be sent to all parties requesting service via the Court's Electronic Case Filing System. Parties may access these filings through the Court's system.

          Respectfully submitted,
          **STEVENSON & BULLOCK, P.L.C.**

          By: /s/ Elliot G. Crowder
          Elliot G. Crowder (P76137)
          Counsel for Debtor
          26100 American Drive, Suite 500
          Southfield, MI 48034
          Phone: (248) 354-7906
          Facsimile: (248) 354-7907
          Email: ecrowder@sbplclaw.com

Dated: March 15, 2023