# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In re:

PULSE FITNESS, LLC                      Case No. 22-47113
                                                     Chapter 11 (Subchapter V)
                       Debtor.              Hon. Mark A. Randon

## STATEMENT REGARDING CORPORATE OWNERSHIP OF GREENSEED, LLC

X    The following entities directly or indirectly own 10% or more of any class of the corporation's equity interest:

    Name: Angstrom Real Estate Group, LLC
    Address: 2000 Town Center, Ste. 1100, Southfield, MI 48075

    Name: _____
    Address: _____

    Name: _____
    Address: _____

    (For additional names, attach an addendum to this form)

☐    There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

The undersigned is the:
                      Counsel to a party in a contested matter

I declare under penalty of perjury that the foregoing is true and correct.

4872-2581-6152.1

Dated: March 24, 2023                /s/ Tamar N. Dolcourt

Tamar N. Dolcourt (P73425)
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
(313) 234-7100
tdolcourt@foley.com
*Attorneys for Greenseed, LLC*

4872-2581-6152.1