UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

| | |
|---|---|
| In re: | Case No.: 22-47113-mar |
| Pulse Fitness, LLC, | Subchapter V – Chapter 11 |
| Debtor. | Hon. Mark A. Randon |

## ORDER APPROVING APPLICATION FOR COMPENSATION FOR SUBCHAPTER V TRUSTEE

**THIS MATTER** came before the Court upon the Application of Kimberly Ross Clayson, Chapter 11 Subchapter V Trustee ("Application", ECF No. 110), all interested parties having been served with notice of the Application and the provisions of E.D. Mich. LBR 2016-1 having been met, no objections to the Application having been received and a certification of no response having been filed, and the Court being otherwise fully advised in the premises;

**NOW THEREFORE, IT IS HEREBY ORDERED:**

1. The Court grants Applicant's current fee application as follows:
   This award for fees:      $  19,041.00
   This award of costs:      $         3.75

   **TOTAL AWARD:**          **$  19,044.75**

2. This award covers services rendered and expenses incurred during the time period of September 12, 2022 through March 31, 2023.

**Signed on May 8, 2023**



/s/ Mark A. Randon
Mark A. Randon
United States Bankruptcy Judge